# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, <br><br> Plaintiff, <br><br> v. <br><br> PNC BANK, <br><br> Defendant. | Case No.: 3:22-cv-01035-RBM-MDD <br><br> **ORDER OF DISMISSAL** |

On July 28, 2022, the Court ordered Plaintiff Jerome Grimes ("Plaintiff") to show cause by August 11, 2022 why this case should not be dismissed without prejudice for improper venue. (Doc. 4.) Plaintiff failed to timely respond to the Court's July 28 order. Accordingly, for the reasons set forth in the Court's order to show cause (see Doc. 4) which is incorporated herein by reference, this case is **DISMISSED WITHOUT PREJUDICE** for improper venue. Plaintiff may refile his case in a district where venue is proper. Plaintiff's motions for leave to proceed in forma pauperis (Doc. 2) and for leave to electronically file documents (Doc. 3) are **DENIED WITHOUT PREJUDICE AS MOOT**. The Clerk of Court is directed to close the case.

///
///
///

**IT IS SO ORDERED**.

DATE:  August 12, 2022

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE